UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL J. ALEXANDER,

        Plaintiff,

                                    Case No. 1:10-cv-192

v.                                     Hon. Hugh W. Brenneman, Jr.

THE MICHIGAN ADJUTANT
GENERAL, *et al.*,

        Defendants.

_____/


**JUDGMENT**

        In accordance with the Opinion and Order entered this date, Judgment is entered in

favor of all named defendants and against plaintiff Michael J. Alexander.


Dated:  March 16, 2012               /s/ Hugh W. Brenneman, Jr.
                                   HUGH W. BRENNEMAN, JR.
                                   United States Magistrate Judge