UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. ALEXANDER,

    Plaintiff,

v.

Case No. 1:10-cv-192
Hon. Hugh W. Brenneman, Jr.

THE MICHIGAN ADJUTANT
GENERAL, *et al.*,

    Defendants.

_____/

# JUDGMENT

In accordance with the Opinion and Order entered this date, Judgment is entered in favor of all named defendants and against plaintiff Michael J. Alexander.

Dated:  March 16, 2012

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge